# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130608(30)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                           SC: 130608
                                                            COA: 262187
                                                            Wayne CC: 70-051885-01

PHILLIP BERRYMAN,
            Defendant-Appellant.

_____/

        On order of the Court, the motion for reconsideration of this Court's order of June 26, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006                                    _____
                                                                    Clerk

d0821